UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23107-Civ-COOKE/GOODMAN

SONNYA PIEDAD RAMOS, also known
as Sonya Santiago,

    Plaintiff,

vs.

GALIT YOKOPOR and RONEN YOKOPOR,

    Defendants.
_____/

## NOTICE OF JOINT MOTIONS

The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

**DONE and ORDERED** in chambers in Miami, Florida this 21st day of September 2017.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Jonathan Goodman,* U.S. Magistrate Judge
*Counsel of Record*