UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23107-CIV-MGC

SONNYA PIEDAD RAMOS a/k/a SONYA   )
SANTIAGO,                          )
                                   )
         Plaintiff,                )
  vs.                              )
                                   )
GALIT YOKOPOR,                     )
RONEN YOKOPOR,                     )
                                   )
         Defendants.               )
_____ )

**PLAINTIFF'S FIRST AMENDED STATEMENT OF CLAIM**

Now comes the Plaintiff, by and through the undersigned, and files the above-described

First Amended Statement of Claim as follows:

**Federal Minimum Wage Claim**
Period Claimed: 6/1/17 – 6/30/17
    Weeks: 4
    Hours (worked per week): 84 hours
    State Minimum wage: $8.10/hr.
    Wage paid: $4.76/hr
    Wage owed: $3.34/hr
    Amount owed: $3.34/hr X 4 weeks X 84 hours = $1,122.24

Period Claimed: 7/1/17 – 7/31/17
    Weeks: 3 weeks (4-1 last week)
    Hours (worked per week): 98 hours
    State Minimum wage: $8.10/hr.
    Wage paid: $4.08/hr
    Wage owed: $4.02/hr
    Amount owed: $4.02/hr X 3 weeks X 98 hours = $1,181.88

Period Claimed: last week of the period of 7/1/17 – 7/31/17
    Weeks: 1 week
    Hours (worked per week): 98 hours
    State Minimum wage: $8.10/hr.
    Wage paid: $0.00/hr
    Wage owed: $8.10/hr

<u>Amount owed</u>: $8.10/hr X 1 week X 98 hours = $739.80

Total wages unpaid and liquidated damages: $3,043.92 X 2 = $6,087.84, *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.
*** Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution. Plaintiff reserves Plaintiff's right to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
     Rivkah F. Jaff, Esquire
     Florida Bar No.: 107511

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 9/25/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
          RIVKAH F. JAFF, ESQ.**