FILED by _____ D.C.

NOV 1 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

1/31/17

Case # 1:17-cv-23107-MGC

Dear Stevn M Larimore / Clerc of court

Motion to denial the default

Ronen yakopor went to the court 2 times and file 2 responds ,
We can't effort to hire an attorney ,
And we didn't understand what we had to do

Please allow me and my wife to present my case ,
We are true innocent.
*We never had works agreement with Sonia a piedad Ramos :*
She is trying to take hurt us for no reason,
I was expecting to receive court date to explain our side

FROM ↓

Ronen yakopor  — Ronen.

Galit yakopor  — Gut.

19420 ne 18th pl
Miami fl 33179