FILED
NOV 1 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

1 of 2

Case Number 1:17-cv-23107-MGC

Dear: stevn M Larimore / clerc of court

My Name is Ronen yakopor
Im 44 year old: Me and my wife Have
Two young children and we both cancer survivers
with our own Living problems.
We Don't Know what MISS Sonia a piedas Ramos
wanted from our life, we did Not Do
anything wrong and This sytuation Disterbin
we Tryed To hire an attorney and They quted
us around The same amount as Demended
They advise us To File by our self
we might MISS some Date Because of The past
Hurrican

Case No: 1:17:cv23107-MGC (2 of 2)

How ever I was trying to communicate with Sonia attorney but all the information that im getting is Not the Trouth.

please Be considered and please Let me know if I can get Help from the court Attarny.

Thank you
Galit cohen    ss# 0870-08-03-1972
Ronen Yakopor2  s.s# 5309-08-18-1973

cell
786-281-3645
19420 NE 18th pL
MIAMI FL 33179