Moution For Case Review and Explaining

Case #: 17-23107-CIV-MGC

Dear /Steven M Carimore / Clerk of Court.

FILED by _____ D.C.
NOV 1 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

On - Oct - 5th 2017

I Respounded Back To The Notice of Compliane. From Sept, 25th

please Review DOC #16

I ~~mis~~ might DID not know what To Respound, I was getting Advice From attorney To go To The Court House and file a letter as Respound To The case we understod that if we will send respound we will Have Court Date and we can tel the our side of The story at The court.

Galit & Ronen Yakopor - 19420 NE 18t PL
Miami FL 33179