1-2-18

To :

UNITED STATE DISTRICT COURT
SOUTERN DISTRICT OF FLORIDA



FILED by ___ D.C.

JAN 0 2 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. -- MIAMI

**Motion to cancel plaintiff request for production**

*Case # 1:17-cv-23107-MGC*

The defendants going true hardship health and psychology,
We have being attacked buy questions that not related to the claim and
We concerned about our identity and our humans rights taking from us,
And we are abused buy scam attorney and plaintiff that leaving life from taking money from innocent civilians,
We have 2 children's to take care of,
and we like to get our life back .

Ronen yakopor

Galit yakopor

19420 ne 18th pl

Miami fl 33179