*1-2-18*

TO : UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23107-CIV-MGC

GALIT YOKOPOR,
RONEN YOKOPOR,
    Defendants.

vs.
SONNYA PIEDAD RAMOS a/k/a SONYA SANTIAGO,
    Plaintiff,

FILED by _____ D.C.
JAN 0 2 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. -- MIAMI

## MOTION TO DISMISS PLANTIFF CLAIM.

WE ARE VICTIMS OF A SCAM AND EVEN FROUD.
*We are concerned about the situation*
The Plaintiff was treated as house member,
We gave her place to sleep and food and pocket money in exchange
Plaintiff helped gait Cohen with light house work and take the kids from School some days that she was available,
And she was walking the dog,
The plaintiff always get close to galit and she keep cry to her and get emotion that she like to stay in hour house for ever and she don't have any other places to go and she keep crying that she need to raise money for her family and
She took many times money from galit Cohen ,
She tried to get between us and destroyed our marriage life,
We have 6 years old twins and we need to focus how to raise our children's
And Not worry about scam women that demanding something that not making any sense , how she could work 72 in single house – when the kids in school all day , and ronen yakopor out of the house every day from 8am to 8 pm ? ,
Now after all the goods we have done we feel abused, our freedom is taken away from us , since that day that we got the first latter from the plaintiff attorney we are not sleeping well warring what to do since we know we are innocent and we don't like to spend $4000 for attorney and fined out that we are not guilty , we are waiting to see what's the next step . *We have witnesses proving that the plantiff was not present at our House as worker*
Now we received invitation for taking
**DEPOSITIONS, this is getting annoying and uncomfortable situation -**
**But if that is going to be** the only way to get out of this nightmare we agree to go
And give our side of the story ,
FROM : RONEN YAKOPOR AND GALIT YAKOPOR
19420 NE 18TH PL
MIAMI FL 33179

*please Review Documents attached and Affidavit*

Affidavit.

Ronen Yakopod and Galit Yakopod
and our 4 childrens
visited Hospitals and psychologyst
at the past two month
and They where very sick
as Exuse for Not Filling up timely
Documents.

Ronen YAKopod

★ ~~[scribbled]~~ We can provid more Documents
upon Request



# Memorial Cancer Institute

12/3/2017

To Whom It May Concern,

I am writing this letter in regards to our patient, Ronen Yakopor. Mr. Yakopor was diagnosed with Chronic Myeloid Leukemia in 2007 and has been on treatment (Gleevec) ever since. If you have any further questions regarding this matter, please feel free to contact us at Dept: 954-265-4325. Thank you in advance for your consideration.

Sincerely,

DAREN GROSMAN, MD

**Memorial Regional - Suite 330:** 1150 N. 35th Avenue, Suite 330 Hollywood, FL 33021
Phone (954) 265-4325 **Fax** (954) 981-3872

**Memorial West:** 801 N. Flamingo Rd Pembroke Pines, FL 33028
Phone (954) 265-4325 **Fax** (954) 433-4747

**Memorial West - Suite 151:** 603 N. Flamingo Rd. Suite 151 Pembroke Pines, FL 33028
Phone (954) 265-4325 **Fax** (954) 443-4615

**Memorial Aventura - Suite 200:** 20801 Biscayne Boulevard, Suite 203 Aventura, FL 33180
Phone (954) 265-4325 **Fax** (305) 935-3186

# Order Requisition

**NNP Miami Office**
3200 SW 60 Ct., Suite 302
Miami, FL, 33155
Phone: (305) 662-8330 Fax: (305) 663-2813

## Patient: YAKOPR IV, GIL

| | | | |
|---|---|---|---|
| Birthdate: 09/22/2011 | Age: 6 Years | Sex: Male | Weight: 19 kg (11/30/17) |
| MRN: 244038 | | FIN: 2352861 | Height: 115 cm (11/30/17) |
| PCP: 21069 -HARATZ, MOISES | | | |

Allergies: **No known allergies**
                         \*\*Please note -- Allergy list may be incomplete\*\*

| | | | |
|---|---|---|---|
| Patient Home Address: | 19420 NE 18 PLACE<br>MIAMI, FL 33179 | Home Phone:<br>Work Phone:<br>Cell Phone: | (305) 710-7331<br><br>(786) 281-3645 |
| Primary Health Plan:<br>Subscriber: | UNITED HEALTHCARE - COMMUNITY PLAN (MEM:9513489141/G:(73078)<br>YAKOPR IV, GIL<br>Birthdate: 09/22/2011 | Phone: | (305) 710-7331 |
| Secondary Health Plan: | | | |
| Guarantor: | YAKOPOR, GALIT<br>19420 NE 18 PLACE, MIAMI, FL 33179 | Phone: | (305) 710-7331 |

### Order Requisition(s):

Order/Test: **24 Hour EEG**
    Requested Date/Time:     **11/30/2017 10:01**
    Instructions:     **24 hr VEEG**
    Original Order Date/Time:     **11/30/2017 10:01**
    Order Status:     **Ordered**
    Order ID:     **2714150207.00**
Diagnoses: **1 - R56.9**     **Seizures**

Electronically signed by **Christina Valdes PA-C** on 11/30/2017 10:01 (Ordering Provider)
    NPI: **1851837892**

---

**Nicklaus Children's Hospital**
MIAMI CHILDREN'S HEALTH SYSTEM

Julie Garcia
Nicklaus Children's Brain Institute
Multidisciplinary Clinic Coordinator
Email: julieth.garcia@mch.com
Direct Line: (786) 624-2764
Fax: (786) 268-6514

3100 S.W. 62nd Avenue • Miami, Florida 33155-3009

**Schedule Appt Date/Time & Location:** _____
**Comments:**

**Aventura Emergency**
2845 AVENTURA BLVD STE 250
AVENTURA FL 33180
Phone: 305-692-1000
Fax: 305-692-1097

| **Ronen Yakopor** | Department: **Aventura Emergency** |
|---|---|
| MRN: **1346846** | Date of Visit: **10/16/2017** |

# Ronen Yakopor  Date of Birth: 8/18/1973

** Bring this plan to ALL appointments**

### Admission Information

| Admission Date/Time | Discharge Date/Time | Room/Bed |
|---|---|---|
| 10/16/17  2042 | | Exam 5 - ER/Exam 5 - ER |

### Diagnosis
Your diagnosis was FOOT PAIN, LEFT.

### We Performed the Following
US Duplex Lower Extremity Venous Limited, Left
XR Chest PA & Lateral
XR Femur AP & Lateral Left

### You were seen by
1. Thomas A Caffrey, MD
2. Cindy V Fernandez, ARNP
3. Jennifer R Silva, PA

### Patient PCP Information

| Provider | PCP Type |
|---|---|
| No Pcp | General |

### Follow-up Information
Follow up with Aventura Emergency In 2 days.
Specialty: Emergency Medicine
Why: As needed, If symptoms worsen
Contact information:
  2845 Aventura Blvd Ste 250
  Aventura Florida 33180
  305-692-1000

### You are allergic to the following
Accurate as of: Oct 16, 2017 11:53 PM
No active allergies

### Current Discharge Medication List

#### START taking these medications

| | Information |
|---|---|
| **ibuprofen 600 mg tablet** | Quantity: 30 tablet |
| Take 1 tablet by mouth every 6 hours as needed for Pain for up to 10 days. | Refills: 0 |
| Commonly known as: ADVIL,MOTRIN | |

#### CONTINUE these medications which have not changed

| | Information |
|---|---|

**01-02-2018**

### Notice of intervention
### Case # 1:17-cv-23107-MGC

*Dear Stevn M Larimore / Clerk of court*

*Above Questions for Sonia a piedad Ramos*

1-Please list all civil lawsuits, charges, bankruptcy proceedings, criminal proceedings, and/or administrative hearings in which you were involved in any capacity (as Plaintiff, Defendant, Witness, Creditor, Debtor, Realtor, Complainant, or Respondent)

2- Please list places you worked on 2016 and 2017

-3 - What was your schedule every day at the house, did you sleep during the day?

What time did you go to sleep at noon?

-4- Are you collecting benefits from usa governments, or social security?

-5- Who is paying for your car ? And your bills ?

-6- You have any medical issue - please list it ,

-7- are you eligible to work in united state ?

-8- What time you go to your bedroom every day ?

-9- Did you talk on the phone during the time you lived in the house ?

-10- Did you go to emergency room at the month of june jully

what time ?

-11- Are you legally working in Usa ?

-12-During the month on June and July of 2017 how often did you use your phone?

-13- Please give me copy of you total data and calls used buy your wireless provider of the months of June and July ,

-14- did you go clean houses at the month of June and July?

-15- if you did not have good sleep or you was not conferrable , why you didn't leave the house after the first night ?

Why you stay two month in the house?

-16- did you ever complained to Galit yakopor about your experience living in her house

-17- did you ask help from gait yakopor with giving money to help family member that diagnosed with cancer

-18- did you told galit that you love to be in our house because your husband work out of town and you like to spend time with galit family ?

-19- did you have suffered with flue or allergy at the month of June and July 2017 ?

-20- did you go to the dentist on the month of June , July 2017 ?

-21- did you go to your primary care doctor on the month June , July 2017 ?

What time ?

-22- did you go shopping on the month june jully ?

please provide credit card statement of june jully ,

-23- do you have EBT card ? Please provide copy of statement of june july ,

-24- galit gave you check of amount of $267 in June and you advised not to take check any more , why ?

From ;

*Ronen yakopor*

*Galit yakopor*

*19420 ne 18th pl*

Miami fl 33179