**01-02-2018**

**Notice of intervention**
*Case # 1:17-cv-23107-MGC*



*Dear Stevn M Larimore / Clerk of court*

*Above Questions for Sonia a piedad Ramos*

1-Please list all civil lawsuits, charges, bankruptcy proceedings, criminal proceedings, and/or administrative hearings in which you were involved in any capacity (as Plaintiff, Defendant, Witness, Creditor, Debtor, Realtor, Complainant, or Respondent)

2- Please list places you worked on 2016 and 2017

-3 - What was your schedule every day at the house, did you sleep during the day?

What time did you go to sleep at noon?

-4- Are you collecting benefits from usa governments, or social security?

-5- Who is paying for your car ? And your bills ?

-6-  You have any medical issue - please list it ,

-7- are you eligible to work in united state ?

-8- What time you go to your bedroom every day ?

-9- Did you talk on the phone during the time you lived in the house ?

-10- Did you go to emergency room at the month of june jully

what time ?

-11- Are you legally working in Usa ?

-12-During the month on June and July of 2017 how often did you use your phone?

-13- Please give me copy of you total data and call used buy your wireless provider of the months of June and July ,

-14- did you go clean houses at the month of June and July?

-15- if you did not have good sleep or you was not conferrable , why you didn't leave the house after the first night ?

Why you stay two month in the house?

-16- did you ever complained to Galit yakopor about your experience living in her house

-17- did you ask help from gait yakopor with giving money to help family member that diagnosed with cancer

-18- did you told galit that you love to be in our house because your husband work out of town and you like to spend time with galit family ?

-19- did you have suffered with flue or allergy at the month of June and July 2017 ?

-20- did you go to the dentist on the month of June , July 2017 ?

-21- did you go to your primary care doctor on the month June , July 2017 ?

What time ?

-22- did you go shopping on the month june jully ?

please provide credit card statement of june jully ,

-23- do you have EBT card ? Please provide copy of statement of june july ,

-24- galit gave you check of amount of $267 in June and you advised not to take check any more , why ?

From ;

*Ronen yakopor*

*Galit yakopor*

*19420 ne 18th pl*

Miami fl 33179