UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23107-CIV-MGC

SONNYA PIEDAD RAMOS a/k/a SONYA )
SANTIAGO, )
                                )
        Plaintiff,              )
    vs.                         )
                                )
GALIT YOKOPOR,                  )
RONEN YOKOPOR,                  )
                                )
        Defendants.             )
_____ )

**PLAINTIFF'S NOTICE REGARDING [DE30]**

**COMES NOW**, the Plaintiff, by and through undersigned counsel, and files this Notice regarding Defendants' Notice of Intervention, filed as [DE30], and in support thereof states as follows:

1. Plaintiff intends to treat Defendants' Notice of Intervention, filed as [DE30], as Defendants' First Set of Interrogatories. Plaintiff will respond to said Notice within the time prescribed by the Federal Rules of Civil Procedure.

2. It is Plaintiff's understanding that this moots the need to file a Response in Opposition.

3. Plaintiff respectfully requests the Court to provide Plaintiff with an enlargement of time of seven (7) days from the Court's Order if the Court differs with Plaintiff's understanding of the Rules and determination to treat Defendants' filing as Defendants' Interrogatories.

Respectfully submitted,

J. H. ZIDELL, P.A.

        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF AND EMAIL 1/2/18 TO:**

**RONEN YOKOPOR,** *PRO SE*
**GALIT YOKOPOR,** *PRO SE*
**19420 N.E. 18TH PLACE**
**MIAMI FL, 33179**
**PH: (786) 281-3645**
**EMAIL: RONEN33323@YAHOO.COM**

**BY:__/s/____Rivkah F. Jaff_____**
      **RIVKAH F. JAFF, ESQ.**