IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-23107-CIV-COOKE/GOODMAN

SONNYA PIEDAD RAMOS,

    Plaintiff,

v.

GALIT YOKOPOR, et al.,

    Defendants.

_____/

### ORDER STRIKING PLAINTIFF'S MOTION TO DEEM REQUESTS FOR ADMISSIONS AS ADMITTED BY DEFENDANTS

Plaintiff Sonnya Piedad Ramos moves to deem admitted requests for admissions that she served on Defendants Galit Yokopor and Ronen Yokopor, who failed to answer them. [ECF No. 27]. The Undersigned **strikes** the motion based on the following three reasons:

First, Southern District of Florida Local Rule 7.1(a)(3) requires pre-filing, good faith conferences before "any motion in a civil case" is filed. S.D. Fla. L.R. 7.1(a)(3). The rule carves out certain motions from that requirement, including summary judgment motions. *Id.* Plaintiff's counsel admits that she did not confer with Defendants before filing her motion, but argues that she was excused from conferring because she is seeking dispositive relief, so her motion is "analogous" to a summary judgment motion. [ECF No. 27, p. 1, n. 1]. Plaintiff's counsel cites no authority for her novel interpretation

of Local Rule 7.1, and the Undersigned finds that view of the rule to be unpersuasive.

Second, the Undersigned's Discovery Procedures Order does not permit parties to file written discovery motions. [ECF No. 9, p. 3]. Plaintiff's motion to deem requests for admissions admitted is a discovery motion. As such, absent prior permission from me, the Discovery Procedures Order expressly prohibited Plaintiff's filing.

Third, Federal Rule of Civil Procedure 36(a)(3) states that "[a] matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney." Fed. R. Civ. P. 36(a)(3). The rule operates automatically; once a party fails to answer the requests for admissions, the matters are admitted. *United States v. 2204 Barbara Lane*, 960 F.2d 126, 129 (11th Cir. 1992). The rule contemplates only two types of motions: (1) to determine the legal sufficiency of an answer or objections, and (2) to withdraw or amend a matter deemed admitted. Fed. R. Civ. P. 36(a)(6), (b). Thus, Plaintiff's motion to deem requests for admissions admitted is unauthorized and unnecessary under the rule.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 4, 2018.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**<u>Copies furnished to:</u>**

Honorable Marcia G. Cooke
All counsel of record

Galit Yokopor and Ronen Yokopor
19420 N.E. 18th Place
Miami, FL 33179