IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-23107-CIV-COOKE/GOODMAN

SONNYA PIEDAD RAMOS,

    Plaintiff,

v.

GALIT YOKOPOR, et al.,

    Defendants.

_____/

**ORDER STRIKING DEFENDANTS' "MOTION TO CANCEL"**
**PLAINTIFF'S REQUEST FOR PRODUCTION**

Defendants Galit Yokopor and Ronen Yokopor represent themselves in this case. On January 2, 2018, they filed a "Motion to cancel plaintiff [sic] request for production." [ECF No. 28]. The motion essentially raises objections to, or seeks a protective order from, a request for production of documents Plaintiff served on Defendants.

The Undersigned's Discovery Procedures Order, however, does not permit parties to file written motions. [ECF No. 9, p. 3]. Although Defendants are proceeding *pro se* in this case, they are required to familiarize themselves with, among other things, this Court's orders and procedures. *See, e.g., Baltimore v. Jim Burke Motors, Auto.*, 300 F. App'x. 703, 707 (11th Cir. 2008).

The Undersigned, therefore, **strikes** the "Motion to Cancel" as an impermissibly-filed discovery motion. If Defendants wish to challenge Plaintiff's discovery request,

then they must do so by following the procedures outlined in the Discovery Procedures Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 4, 2018.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
Honorable Marcia G. Cooke
All counsel of record

Galit Yokopor and Ronen Yokopor
19420 N.E. 18th Place
Miami, FL 33179