IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-23107-CIV-COOKE/GOODMAN

SONNYA PIEDAD RAMOS,

    Plaintiff,

v.

GALIT YOKOPOR, et al.,

    Defendants.

_____/

## ORDER STRIKING DEFENDANTS' "NOTICE OF INTERVENTION"

Defendants Galit Yokopor and Ronen Yokopor represent themselves in this case. On January 2, 2018, they filed a so-called "Notice of Intervention." [ECF No. 30]. But the title is a misnomer because the document does not give notice of any intervention. The document, rather, contains 24 questions addressed to Plaintiff Sonya Pieda Ramos. So the notice essentially contains a set of interrogatories.

The same day, Plaintiff also filed a notice, saying that she would treat Defendants' filing as *de facto* interrogatories and answer them accordingly. [ECF No. 31].

As such, the Undersigned deems the "Notice of Intervention" to be Defendants' first set of interrogatories and as having been served on Plaintiff on January 2, 2018. As a result, Plaintiff must respond to these interrogatories within the time prescribed by the Federal Rules of Civil Procedure.

In addition, because Southern District of Florida Local Rule 26.1(b) does not generally permit parties to file discovery materials, the Undersigned **strikes** the "Notice of Intervention" as an impermissibly-filed discovery request.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 4, 2018.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**<u>Copies furnished to</u>:**
Honorable Marcia G. Cooke
All counsel of record

Galit Yokopor and Ronen Yokopor
19420 N.E. 18th Place
Miami, FL 33179